ETHEL LAWLOR, *ET AL.*, PLAINTIFFS-PETITIONERS, v. A. J. KOLARSICK, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 92 *N. J. Super.* 309.

*Messrs. Kantor & Burns* for the petitioners.

*Messrs. Carton, Nary, Witt & Arvanitis* for the respondents.

December 13, 1966. Denied.

ROBERT K. HARTMANN, *ET AL.*, PLAINTIFFS-PETITION-ERS, v. ZONING BOARD OF ADJUSTMENT, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. Frank G. Alster* for the petitioners.

*Messrs. Hespe & Hespe* for the respondents.

December 13, 1966. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. THOMAS V. CARROLL, JR., *ET ALS.*, DEFENDANTS-RE-SPONDENTS.

*Mr. Robert H. Doherty, Jr.* and *Mr. Charles E. Starkey* for the petitioner.

*Messrs. Haines, Schuman & Butz* for the respondents.

December 13, 1966. Granted.